JAMES FALVEY, Respondent, *v.* FRANCIS J. BRIDGES, Appellant.

(Submitted April 29, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 16, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Frank Schaeffler* for appellant.

*Wm. H. Arnoux* and *C. N. Bovee, Jr.*, for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.